

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-19-00810-CR

Aaron Michael **ROGERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A16381
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: January 29, 2020

DISMISSED FOR WANT OF JURISDICTION

On June 27, 2019, appellant Aaron Michael Rogers was convicted of unlawful possession of a firearm by a felon. Because Rogers did not file a motion for new trial, the notice of appeal was due by July 29, 2019.[1] *See* TEX. R. APP. P.26.2(a)(1). A notice of appeal was not filed until September 6, 2019, and appellant did not timely file a motion for extension of time to file the notice of appeal. *See id.* R. 26.3.

---

[1] The notice of appeal was originally due by July 27, 2019, but because that day fell on a Saturday, the deadline extended to Monday, July 29, 2019. *See* TEX. R. APP. P. 4.1(a).

We ordered Rogers to file a written response showing cause why we should not dismiss this appeal for want of jurisdiction by December 23, 2019. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (holding that timely notice of appeal is necessary to invoke court of appeals' jurisdiction). We advised Rogers that if no satisfactory response was filed within the time provided, we would dismiss the appeal for want of jurisdiction.

Rogers's appointed appellate counsel filed a response, stating the notice of appeal was untimely, and there is nothing in the record that would have extended the time to file the notice of appeal. We therefore dismiss the appeal for want of jurisdiction. *See id.*; *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (explaining that writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure governs out-of-time appeals from felony convictions).

PER CURIAM

Do Not Publish